UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| OUT RAGE, LLC, <br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> NEW ARCHERY PRODUCTS CORP., <br> Defendant/Counterclaim Plaintiff. | Civil Action No. 11-CV-701 |
| NEW ARCHERY PRODUCTS CORP., <br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> OUT RAGE, LLC, <br> Defendant/Counterclaim Plaintiff. | Civil Action No. 12-CV-122 |

### NEW ARCHERY PRODUCTS CORP.'S DAUBERT MOTION TO EXCLUDE TESTIMONY OF DR. ULMER

New Archery Products Corp. ("NAP"), by and through its undersigned counsel, hereby respectfully moves this Court that the proposed expert testimony of Dr. Randy Ulmer, tendered by Out RAGE LLC ("Out Rage"), be stricken for its failure to comport with the requirements of Fed. R. Evid. 702, as well as the Supreme Court's holdings in *Daubert v. Merrell Dow Pharms, Inc.*, 509 U.S. 579 (1993) and the Supreme Court subsequent rulings in this area.

Dr. Ulmer submitted an expert report on January 4, 2013 with respect to NAP's false advertising and trademark claims against Out Rage. Dr. Ulmer was deposed in Phoenix on February 27, 2013. Out Rage has indicated that it intends to rely on Dr. Ulmer's observations in its motion for summary judgment, due March 22, 2013. As such, and in connection with Out

Rage's Rule 56 Motion, NAP respectfully requests that the Court consider the merits of this *Daubert* Motion. In short, NAP requests that all such references to Dr. Ulmer be stricken as he, a veterinarian and a competitive bow hunter, is not competent to give expert testimony in this matter on advertising and marketing.

                                                Respectfully submitted,

Dated: March 22, 2013         By:    s/ R. Mark McCareins
                                          Edward L. Foote
                                          R. Mark McCareins (*pro hac vice*)
                                          Peter J. Slawniak (*pro hac vice*)
                                          WINSTON & STRAWN LLP
                                          35 West Wacker Drive
                                          Chicago, IL 60601-9703
                                          Telephone: (312) 558-5600
                                          Facsimile: (312) 558-5700
                                          Email: rmccareins@winston.com
                                          Email: pslawniak@winston.com

                                          John C. Scheller, SBN 1031247
                                          MICHAEL BEST & FRIEDRICH LLP
                                          One South Pinckney Street, Ste. 700
                                          Madison, WI 53701-1806
                                          Telephone: (608) 257-3501
                                          Facsimile: (608) 283-2275
                                          Email: jcscheller@michaelbest.com

                                          Kevin D. Erickson (*pro hac vic*e)
                                          Pauley Petersen & Erickson
                                          2800 W. Higgins Road, Ste. 365
                                          Hoffman Estates, IL 60169
                                          Telephone: (847) 490-1400
                                          Facsimile: (847) 490-1403
                                          Email: kerickson@ppelaw.com

                                          *Attorneys for New Archery Products Corp.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2013, I caused a true and correct copy of **New Archery Product Corp.'s Daubert Motion to Exclude Testimony of Dr. Ulmer** to be served on all counsel of record by filing said document through the Court's ECF System, as well as by serving through electronic mail on the following counsel for Out RAGE LLC:

Kevin B. Collins (kcollins@cov.com)
R. Jason Fowler (jfowler@cov.com)
Emily S. Ullman (eullman@cov.com)
Catherine C. Stern (cstern@cov.com)
Matthew Kudzin (mkudzin@cov.com)
Ranganath T. Sudarshan (rsudarshan@cov.com)
Alexander A. Berengaut (aberengaut@cov.com)
Covington & Burling LLP
1201 Pennsylvania Ave. NW
Washington, DC 20004

Catherine Cetrangolo (cetrangolo@cetralaw.com)
Cetra Law Firm LLC
20 North Carroll Street
Madison, WI 53703
Tel: (608) 535-9220

    s/ Peter J. Slawniak
Peter J. Slawniak
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
pslawniak@winston.com