## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| OUT RAGE LLC,<br><br>　Plaintiff/Counterclaim Defendant,<br><br>　v.<br><br>NEW ARCHERY PRODUCTS CORPORATION,<br><br>　Defendant/Counterclaim Plaintiff. | Civil Action No. 11-CV-701 |
| NEW ARCHERY PRODUCTS CORPORATION,<br><br>　Plaintiff/Counterclaim Defendant,<br><br>　v.<br><br>OUT RAGE LLC,<br><br>　Defendant/Counterclaim Plaintiff. | Civil Action No. 12-CV-122 |

### STIPULATION OF DISMISSAL AND CONSENT JUDGMENT

Out RAGE LLC ("Out RAGE") and New Archery Products Corporation ("NAP") (with Out RAGE, "the Parties") have agreed and hereby stipulate to dismissal of the claims in above-captioned actions and to entry of judgment pursuant to Rules 41 and 58 of the Federal Rules of Civil Procedure in accordance with the following terms:

1. Except as noted in paragraph 4 below, all of Out RAGE's claims and counterclaims asserted against NAP in the above-captioned actions are dismissed with prejudice;

2. Except as noted in paragraph 4 below, all of NAP's claims and counterclaims asserted against Out RAGE in the above-captioned actions are dismissed with prejudice;

3. Out RAGE and NAP shall each bear their own costs and attorney's fees in the above-captioned actions;

1

4. A Consent Judgment shall be entered that provides as follows:

   i. NAP has not sustained its burden of proving invalidity of U.S. Patent No. 6,626,776 (claims 1-8);

   ii. Judgment is hereby entered in favor of Out RAGE, and against NAP, on NAP's Second Counterclaim for Declaratory Judgment of Invalidity of U.S. Patent No. 6,626,776 seeking a judicial determination and declaration regarding the validity of U.S. Patent No. 6,626,776; and

5. This judgment is final and the Parties have waived any right to appeal therefrom.

Date: July 22, 2013

Kevin B. Collins*
R. Jason Fowler*
Alexander A. Berengaut*
Emily Ullman*
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: 202-662-6000
Facsimile: 202-662-6291
Email: kcollins@cov.com
Email: jfowler@cov.com
Email: aberengaut@cov.com
Email: eullman@cov.com
* admitted *pro hac vice*

Catherine Cetrangolo
CETRA LAW FIRM LLC
20 North Carroll Street
Madison, WI 53703
Tel: (608) 535-9220
Email: cetrangolo@cetralaw.com
**Counsel for Out RAGE LLC**

R. Mark McCareins*
Peter J. Slawniak*
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
Email: rmccareins@winston.com
Email: pslawniak@winston.com
* admitted *pro hac vice*

John C. Scheller
One South Pinckney Street, Ste. 700
Madison, WI 53701-1806
Telephone: (608) 257-3501
Facsimile: (608) 283-2275
Email: jcscheller@michaelbest.com

Kevin D. Erickson*
Pauley Petersen & Erickson
2800 W. Higgins Road, Ste. 365
Hoffman Estates, IL 60169
Telephone: (847) 490-1400
Facsimile: (847) 490-1403
Email: kerickson@ppelaw.com
* admitted *pro hac vice*
*Attorneys for New Archery Products Corp.*

So ORDERED and SIGNED this _22d_ day of July, 2013

*Barbara B Crabb*

Barbara B. Crabb, District Judge


Judgment entered this _24th_ day of July, 2013.

*Peter Oppeneer*

Peter Oppeneer, Clerk of Court